## Kassly Undertaking Company and John Kassly, Appellees, v. Flxible Company, Appellant.

opinion filed March 2, 1942; rehearing denied April 1, 1942. MacDonald, Meyer & Meyer, for appellant; Stanford S. Meyer, of counsel; Louis Beasley and Edward C. Zulley, for appellees. Opinion by JUSTICE DADY. "Not to be published in full."